FILED

OCT 2 2 2025

DAVID CREWS, CLERK
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 3:25-cr-176
     18 U.S.C. § 2423(a)
     18 U.S.C. § 2422(b)

LINDSEY ALDY WHITESIDE

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about July 1, 2024 through on or about July 31, 2024, in the Northern District of Mississippi and elsewhere, LINDSEY ALDY WHITESIDE, defendant, did knowingly transport in interstate commerce an individual who had not attained the age of 18, being Minor Victim 1, from Tennessee to Mississippi, with the intent that Minor Victim 1 engage in sexual activity with LINDSEY ALDY WHITESIDE, for which sexual activity LINDSEY ALDY WHITESIDE could be charged with a criminal offense, being Sexual Battery under the laws of the State of Mississippi, in violation of Mississippi Code, Section 97-3-95(2).

In violation of Title 18, United States Code, Section 2423(a).

### COUNT TWO

From on or about July 1, 2024 through on or about July 31, 2024, in the Northern District of Mississippi and elsewhere, LINDSEY ALDY WHITESIDE, defendant, did knowingly transport in interstate commerce an individual who had not attained the age of 18, being Minor Victim 1, from Mississippi to Georgia, with the intent that Minor Victim 1 engage in sexual activity with LINDSEY ALDY WHITESIDE, for which sexual activity LINDSEY ALDY WHITESIDE

could be charged with a criminal offense, being Sexual Battery with a Minor under Supervision under the laws of the State of Georgia in violation of Georgia Code, Section 16-6-5.1.

In violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

From on or about May 14, 2024 through November 5, 2025, in the Northern District of Mississippi and elsewhere, LINDSEY ALDY WHITESIDE, defendant, did knowingly use a facility or means of interstate commerce, to persuade, induce, entice, and coerce a minor, Minor Victim 1, who had not attained 18 years of age, to engage in sexual activity with LINDSEY ALDY WHITESIDE, for which sexual activity LINDSEY ALDY WHITESIDE could be charged with a criminal offense, being Sexual Battery under the laws of the State of Mississippi, in violation of Mississippi Code Section 97-3-95(2).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
CLAY JOYNER
UNITED STATES ATTORNEY

*/s/ Signature Redacted*
FOREPERSON