# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# CRIMINAL MINUTES

**CASE NO.:** 3:25-cr-176-DMB-RP  **PLACE HELD:** ZOOM
Oxford Courtroom 2 to Greenville Courtroom 2

**UNITED STATES OF AMERICA**

**VS.**

**LINDSEY ALDY WHITESIDE**

**DATE & TIME BEGAN/ENDED:** October 24, 2025
2:45 p.m. – 2:52 p.m.

**TOTAL TIME:** 7 minutes

**PRESENT:**
**HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE**

| **Courtroom Deputy** | **Official Court Reporter** |
| Itonia R. Williams | Digital |

| **Attorney for Government** | **Attorneys for Defendant** |
| Parker S. King | Anthony L. Farese |
| | Joseph W. Cooper |

**PROCEEDINGS:** Initial Appearance on Indictment

**Docket entry:** An initial appearance and arraignment held. Defendant appeared with retained counsel. Defendant waived formal reading of the indictment and entered a plea of not guilty. Prosecution requested defendant be detained pending further proceedings. Detention hearing set for Tuesday, October 28, 2025, at 3:00 p.m., via video, before Magistrate Judge Jane M. Virden. Defendant was remanded to the custody of the United States Marshals Service.

**DAVID CREWS, CLERK**

By: ___/s/ Itonia R. Williams___
Courtroom Deputy