# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**                  **CAUSE NO: 3:25CR-176-DMB-RP**

**LINDSEY ALDY WHITESIDE**

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW**, Anthony L. Farese of the law offices of Farese, Farese & Farese, P.A., and would show that he has been retained to represent the Defendant, Lindsey Aldy Whiteside, and enters his appearance as attorney of record for the Defendant, Lindsey Aldy Whiteside, in the above-styled and numbered cause.

This the 24th day of October, 2025.

                                                              RESPECTFULLY SUBMITTED,

                                                              /s/Anthony L. Farese
                                                              MSB# 5133
                                                              FARESE, FARESE, FARESE P.A.
                                                              122 CHURCH STREET
                                                              P.O. BOX 98
                                                              ASHLAND, MISSISSIPPI 38603
                                                              TELEPHONE: (662) 224-6211
                                                              FAX: (662) 224-6111
                                                              EMAIL: tony@fareselaw.com

**CERTIFICATE OF SERVICE**

      I, Anthony L. Farese, attorney for Defendant, Lindsey Aldy Whiteside, do hereby certify that I have this day filed by using the Court's Electronic Filing System a true and correct copy of the above and foregoing Entry of Appearance to be sent via email to the following:

Honorable Parker S. King  
Assistant United States Attorney  
900 Jefferson Avenue  
Oxford, Mississippi 38655-3626  
Parker.King@usdoj.gov

      This the 24th day of October, 2025.

                                                /s/Anthony L. Farese  
                                                ANTHONY L. FARESE