# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# CRIMINAL MINUTES

**CASE NO. 3:25-cr-176-DMB-RP**  **VIDEO CONFERENCE - Zoom**
Oxford Courtroom 1 – Greenville Courtroom 2

**UNITED STATES OF AMERICA**

**VS.**

**LINDSEY ALDY WHITESIDE**

**DATE & TIME BEGAN/ENDED:**  October 28, 2025
2:57 p.m. – 4:48 p.m.

**TOTAL TIME: 1 hour 51 minutes**

**PRESENT:**
**HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE**

| **Courtroom Deputy** | | **Official Court Reporter** |
|---|---|---|
| Itonia R. Williams | | Digital |

| **Attorney for Government** | **Probation Officer** | **Attorneys for Defendant** |
|---|---|---|
| Parker S. King | Duncan Foster | Anthony L. Farese |
| | | Joseph W. Cooper |

**PROCEEDINGS:** Detention Hearing

**Docket entry:** Hearing held. Witnesses testified. Government's Motion for Detention was denied. Unsecured bond of $60,000.00 and Order Setting Conditions of Release were imposed. Home incarceration ordered. Prosecutor requested Order be stayed pending appeal. A 24-hour stay was granted. Defendant remanded to custody of the United States Marshals Service pending completion and processing of paperwork and setup for home incarceration. Scheduling Order forthcoming.

**DAVID CREWS, CLERK**

By: _/s/ Itonia R. Williams_
Courtroom Deputy Clerk