IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:25-CR-176

LINDSEY ALDY WHITESIDE

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>305 Main Street<br>Greenville, Mississippi 38701<br><br>**Courtroom 1 – Third Floor** | **December 8, 2025**<br>**10:30 a.m.** |

Type of Proceeding

**MVD/JURY TRIAL BEFORE CHIEF U.S. DISTRICT JUDGE DEBRA M. BROWN**

***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DAVID CREWS, Clerk of Court

By: /s/LaToya L. Davis
    LaToya L. Davis, Courtroom Deputy

Date:  October 29, 2025

Electronic notice only to:
All Counsel of Record
U.S. Marshal Service
U.S. Probation Service

Questions should be directed to Judge_Brown@msnd.uscourts.gov