**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                                                          **NO. 3:25-CR-176**

**LINDSEY ALDY WHITESIDE**

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building** <br> **305 Main Street** <br> **Greenville, Mississippi 38701** <br><br> **Courtroom 1 – Third Floor** | **November 12, 2025** <br> **1:00 p.m.** |

Type of Proceeding

**EVIDENTIARY HEARING ON EMERGENCY MOTION FOR REVIEW AND**
**REVOCATION OF RELEASE ORDER [13]**
**BEFORE CHIEF UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DAVID CREWS, Clerk of Court

By: /s/LaToya L. Davis
      LaToya L. Davis, Courtroom Deputy

Date:   October 30, 2025

Electronic notice only to:
All Counsel of Record
U.S. Probation Service
U.S. Marshal Service