IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**  **CAUSE NO: 3:25CR-176-DMB-RP**

**LINDSEY ALDY WHITESIDE**

### UNOPPOSED MOTION TO CONTINUE TRIAL SETTING AND EXTEND PRETRIAL DEADLINES

COMES NOW the Defendant, Lindsey Aldy Whiteside, by and through her attorneys of record, and respectfully files this her Motion to Continue Trial Setting and Extend Deadlines, and in support thereof, would respectfully show unto this Honorable Court the following, to wit:

1.

The Defendant, Lindsey Aldy Whiteside, was charged and indicted in the above styled and numbered cause on October 22, 2025. The Defendant appeared before the Honorable Jane M. Virden on October 24, 2025, for her initial appearance wherein the Defendant was also arraigned.

2.

A Scheduling Order was filed in this matter on October 29, 2025, that set the non-dispositive motion deadline for November 14, 2025. Pursuant to said Scheduling Order, this matter was set for trial on December 8, 2025, before U. S. District Chief Judge, the Honorable Debra M. Brown, in Greenville, Mississippi. The Defendant would show that this is her first trial setting.

3.

Counsel for the Defendant would show that the discovery materials have not been received from the Government at this time, but Counsel for the Defendant anticipates receiving discovery in

the near future. Nevertheless, Counsel for the Defendant would show that due to not having the discovery materials at this time and due to the nature of this case, Counsel for the Defendant will not have sufficient time to review the discovery with the Defendant and properly investigate these matters prior to the first trial setting.

4.

Therefore, the Defendant requests a continuance and an extension of pretrial deadlines to review discovery in this matter with her counsel, and to fully evaluate trial or plea options in this matter based upon that review.

5.

Counsel for the Defendant would show that he has consulted with the Government and the Government has no objection to a continuance of the trial and extending the pretrial deadlines in this cause.

6.

The Defendant would show that neither the Government nor the public would be prejudiced by the granting of this request. Both the Government and the public have an interest in the Defendant being given an adequate opportunity to prepare for her defense before trial. Therefore, the Defendant would show that the ends of justice would best be served by granting this motion.

7.

This request is not made for the purposes of delay, but so that the interests of justice may be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Lindsey Aldy Whiteside, respectfully requests that the trial, currently set for December 8, 2025, be continued to another setting and extend the pretrial deadlines.

RESPECTFULLY SUBMITTED, this the 11th day of November, 2025.

/s/Anthony L. Farese
ANTHONY L. FARESE. MSB# 5133
FARESE, FARESE & FARESE, P.A.
P. O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE (662) 224-6211
FAX (662) 224-6111
EMAIL: tony@fareselaw.com

/s/Joseph W. Cooper
JOSEPH "WHIT" COOPER, MSB #104278
FARESE, FARESE, FARESE P.A.
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE: (662) 224-6211
FAX (662) 224-6111
wcooper@fareselaw.com


ATTORNEYS FOR DEFENDANT
LINDSEY ALDY WHITESIDE

**CERTIFICATE OF SERVICE**

I, Anthony L. Farese, do hereby certify that I have this day filed by electronic filing a true and correct copy of the above and foregoing Unopposed Motion to Continue Trial Setting and Extend Pretrial Deadlines, to the following:

Honorable Parker King
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3626
parker.king@usdoj.gov

I, Anthony L. Farese, do hereby certify that I have emailed this Unopposed Motion to Continue Trial Setting and Extend Pretrial Deadlines to the following non-ECF participants:

| | |
|---|---|
| Chief Judge Debra M. Brown<br>United States District Court<br>Federal Building<br>305 Main Street, Room 329<br>Greenville, Mississippi 38701<br>Judge_Brown@msnd.uscourts.gov | Honorable LaToya L. Davis<br>Courtroom Deputy to<br>Chief Judge Debra M. Brown<br>United States District Court<br>Federal Building<br>305 Main Street, Room 329<br>Greenville, Mississippi 38701<br>LaToya_Davis@msnd.uscourts.gov |

This the 11th day of November, 2025.

/s/Anthony L. Farese
ANTHONY L. FARESE