IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 3:25-CR-176

LINDSEY ALDY WHITESIDE

**ORDER**

On November 11, 2025, Lindsey Aldy Whiteside moved to continue the December 8 trial date and to extend the pretrial deadlines. Doc. #22. As cause, Whiteside represents that "the discovery materials have not been received from the Government" and "due to not having the discovery materials at this time and due to the nature of this case, [her c]ounsel … will not have sufficient time to review the discovery with [her] and properly investigate these matters prior to the first trial setting." *Id.* at PageID 68–69. Whiteside also represents that the government has no objection to the relief requested. *Id.* at PageID 69.

Because the Court concludes that the ends of justice served by continuing trial—to allow Whiteside and her counsel to receive, review, and investigate the discovery materials—outweigh the best interest of the public and Whiteside in a speedy trial, the motion to continue [22] is **GRANTED**. Trial is continued to **Monday, February 9, 2026**; the plea agreement deadline and the motions-in-limine deadline are both January 20, 2026; the dispositive motions deadline is January 12, 2026; and the non-dispositive motions deadline is January 5, 2026. The delay from this date until the commencement of such trial shall be excluded from all Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 12th day of November, 2025.

/s/Debra M. Brown
UNITED STATES DISTRICT JUDGE