IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 3:25-CR-176

LINDSEY ALDY WHITESIDE

### ORDER

In accordance with the Court's oral ruling at the hearing on the government's motion for review and revocation of the October 28 release order, the government's motion [13] is **GRANTED**.

**SO ORDERED**, this 12th day of November, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**