IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES – GENERAL

No. 3:25-cr-176

UNITED STATES OF AMERICA V. LINDSEY ALDY WHITESIDE

Place Held: Greenville, Mississippi

Date & Time Began: November 12, 2025, 1:06 p.m.
Date & Time Ended: November 12, 2025, 4:23 p.m.

TOTAL TIME: 2 hours, 10 minutes

HONORABLE DEBRA M. BROWN, CHIEF U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| LaToya L. Davis<br>Courtroom Deputy | Brenda Blackburn<br>Official Court Reporter |
| FOR THE GOVERNMENT:<br>Parker King | FOR THE DEFENDANT:<br>Anthony Farese<br>Joseph Cooper |
| U.S. PROBATION:<br>Kelly Middleton | |

Proceeding: Hearing on Emergency Motion for Review and Revocation of Release Order [13]

Remarks: Hearing held. Witnesses testified; exhibits admitted. Motion granted. Defendant remanded. Order to follow.

DAVID CREWS, Clerk of Court

By: /s/LaToya L. Davis
    LaToya L. Davis, Courtroom Deputy