# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.** NO. 3:25-CR-176

**LINDSEY ALDY WHITESIDE**

## EXHIBIT LIST – EVIDENTIARY HEARING

| Presiding Judge<br>Debra M. Brown | | | | Attorney for Government<br>Parker King | Attorneys for Defendant<br>Anthony Farese<br>Joseph Cooper |
|---|---|---|---|---|---|
| Date<br>11/12/2025 | | | | Court Reporter<br>Brenda Blackburn | Courtroom Deputy<br>LaToya L. Davis |
| Gov. | Def. | Offered | Marked | Admitted | Description of Exhibits |
|  | D-1 | 11/12/25 |  | X | DeSoto County Indictment filed 12/13/24 |
|  | D-2 | 11/12/25 |  | X | DeSoto County Justice/Circuit Court bond documents filed 11/22/24 |
|  | D-3 | 11/12/25 |  | X | DeSoto County Circuit Court Petition to Enter Plea of Guilty filed 10/13/25 |
|  | D-4 | 11/12/25 |  | X | DeSoto County Circuit Court Sentencing Order filed 10/13/25 |
|  | D-5 | 11/12/25 |  | X | GPS report from 10/10/25 to 10/24/25 |
| G-1 |  | 11/12/25 |  | X | Residential Lease Agreement of Clarissa Gayle Whiteside dated 11/10/25 (excerpt) |
|  |  |  |  |  |  |