# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**                                              **CAUSE NO. 3:25-cr-176**

**LINDSEY ALDY WHITESIDE,**                               **DEFENDANT**

## MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, Lindsey Aldy Whiteside, by and through her attorneys of record, and files this her Motion to Continue the Trial Date currently set for February 9, 2026 and extend the plea deadline accordingly. In support thereof, the Defendant would show unto the Court the following, to-wit:

Counsel for the Defendant respectfully submits the State of Mississippi's case against the Defendant is still ongoing and after a recent hearing, the Defendant's attorneys expect an Order soon that will clarify unresolved issues in the state court matter. The order in the Desoto County Circuit Court case will provide this Honorable Court and the Defendant with more clarity moving forward.

Counsel for the Defendant has contacted the Government to notify them of the filing of this motion, and the Government has no objection. This motion is not made for the purpose of delay but in the interest of justice.

WHEREFORE, the Defendant respectfully requests this Court grant a continuance of the trial date currently set for February 9, 2026 and extend the plea deadline accordingly.

RESPECTFULLY SUBMITTED, this the 29th day of December, 2025.

                                                              s/ Anthony L. Farese
                                                              ANTHONY L. FARESE
                                                              MSB# 5133
                                                              FARESE, FARESE & FARESE, P.A.
                                                              ATTORNEYS AT LAW
                                                              P. O. BOX 98
                                                              ASHLAND, MISSISSIPPI 38603

TELEPHONE (662) 224-6211
tony@fareselaw.com
s/Joseph W. Cooper
JOSEPH "WHIT" COOPER
MSB #104278
FARESE, FARESE, FARESE P.A.
122 CHURCH AVENUE
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE: (662) 224-6211
wcooper@fareselaw.com

ATTORNEYS FOR DEFENDANT
LINDSEY ALDY WHITESIDE

**CERTIFICATE OF SERVICE**

I, Joseph W. Cooper, hereby certify that on December 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s): N/A

s/Joseph W. Cooper