IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:25-CR-176

LINDSEY ALDY WHITESIDE

**ORDER**

On December 29, 2025, Lindsey Aldy Whiteside moved to continue the February 9 trial date and to extend the plea agreement deadline.[1] Doc. #31. As cause, Whiteside represents:

> [T]he State of Mississippi's case against [her] is still ongoing and after a recent hearing, [her] attorneys expect an Order soon that will clarify unresolved issues in the state court matter. The order in the Desoto County Circuit Court case will provide this Honorable Court and [her] with more clarity moving forward.

*Id*. at PageID 105. Whiteside also represents that the government has no objection to the relief requested. *Id.*

Because the Court concludes that the ends of justice served by continuing trial—to allow clarification of unresolved issues in Whiteside's state court case—outweigh the best interest of the public and Whiteside in a speedy trial, the motion to continue [31] is **GRANTED**.

Trial is continued to **Monday, March 16, 2026**; and the plea agreement deadline is February 23, 2026. The delay from this date until the commencement of such trial shall be excluded from all Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 30th day of December, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The January 5 non-dispositive motions deadline, January 12 dispositive motions deadline, and January 20 plea agreement and motions-in-limine deadline have not expired. Doc. #24.