IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CAUSE NO. 3:25-cr-176

LINDSEY ALDY WHITESIDE,  DEFENDANT

**UNOPPOSED MOTION TO CONTINUE PLEA DEADLINE,
TRIAL DATE, AND MOTION DEADLINES**

COMES NOW the Defendant, Lindsey Aldy Whiteside, by and through her attorneys of record, and files this her Unopposed Motion to Continue the plea deadline, trial date currently set for March 16, 2026 and extend the motions deadlines accordingly. In support thereof, the Defendant would show unto the Court the following, to-wit:

1.

The Defendant, Lindsey Aldy Whiteside, was charged and indicted in the above styled and numbered cause on October 22, 2025. The Defendant appeared before the Honorable Jane M. Virden on October 24, 2025, for her initial appearance wherein the Defendant was also arraigned.

2.

Counsel for the Defendant submits the plea deadline in this cause is currently set for February 23, 2026 with a trial date of March 16, 2026. Counsel for the Defendant is in trial preparations for another case before this court, USA v Fisher, 4:24-cr-10, which is currently set to begin February 23, 2026 after being continued due to the recent winter storm. Not only has counsel been in trial preparations but counsel's office was without power for almost two (2) weeks due to the storm, which has caused multiple disruptions. Counsel requests additional time to determine the necessity of a trial and confer with the Government.

3.

Counsel for the Defendant respectfully submits that the State of Mississippi's request to re-sentence the Defendant in her contemporaneous state court prosecution was resolved on January 28, 2026 by Order of Special Circuit Court Judge Jeff Weill.

4.

Counsel for the Defendant has contacted the Government to notify them of the filing of this motion, and the Government has no objection.

5.

The Defendant would show that neither the Government nor the public would be prejudiced by the granting of this request. Both the Government and the public have an interest in the Defendant being given an adequate opportunity to prepare for her defense before trial. Therefore, the Defendant would show that the ends of justice would best be served by granting this motion.

6.

This request is not made for the purposes of delay, but so that the interests of justice may be served.

WHEREFORE, the Defendant respectfully requests this Court grant a continuance of the plea deadline currently set for February 23, 2026 and a continuance of the trial date currently set for March 16, 2026. The Defendant also requests an extension of the motion deadlines currently due: non-dispositive motions due February 9, 2026, dispositive motions due February 17, 2026, and motions in limine due February 23, 2026.

RESPECTFULLY SUBMITTED, this the 6th day of February, 2026.

          s/Joseph W. Cooper
          JOSEPH "WHIT" COOPER
          MSB #104278
          FARESE, FARESE, FARESE P.A.
          122 CHURCH AVENUE
          P.O. BOX 98
          ASHLAND, MISSISSIPPI 38603
          TELEPHONE: (662) 224-6211
          wcooper@fareselaw.com

          s/ Anthony L. Farese
          ANTHONY L. FARESE
          MSB# 5133
          FARESE, FARESE & FARESE, P.A.
          ATTORNEYS AT LAW
          P. O. BOX 98
          ASHLAND, MISSISSIPPI 38603
          TELEPHONE (662) 224-6211
          tony@fareselaw.com

          ATTORNEYS FOR DEFENDANT
          LINDSEY ALDY WHITESIDE

## CERTIFICATE OF SERVICE

I, Joseph W. Cooper, hereby certify that on February 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s): N/A

          s/Joseph W. Cooper