IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 3:25-CR-176

LINDSEY ALDY WHITESIDE

### ORDER

On February 6, 2026, Lindsey Aldy Whiteside moved to continue the March 16 trial date and related pretrial deadlines. Doc. #36. As cause, Whiteside represents:

> [Her c]ounsel … is in trial preparations for another case before this court … set to begin February 23, 2026 after being continued due to the recent winter storm. Not only has [her] counsel been in trial preparations but [her] counsel's office was without power for almost two (2) weeks due to the storm, which has caused multiple disruptions. ….

*Id*. at PageID 113. Whiteside also represents that the government has no objection to the relief requested. *Id.* at PageID 114.

Because the Court concludes that the ends of justice served by continuing trial—to address Whiteside's counsel's conflict with the trial date and the storm's impact on her counsel's office—outweigh the best interest of the public and Whiteside in a speedy trial, the motion to continue [36] is **GRANTED**.

Trial is continued until **Monday, April 20, 2026**; the plea agreement deadline and the motions-in-limine deadline both are March 30, 2026; the dispositive motions deadline is March 23, 2026; and the non-dispositive motions deadline is March 16, 2026. The delay from this date until the commencement of such trial shall be excluded from all Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 9th day of February, 2026.

                                                **/s/Debra M. Brown**
                                                **UNITED STATES DISTRICT JUDGE**