**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**VS.**                                                                          **CAUSE NO. 3:25-cr-176**

**LINDSEY ALDY WHITESIDE,**                                          **DEFENDANT**

**UNOPPOSED MOTION TO CONTINUE PLEA DEADLINE,
TRIAL DATE, AND MOTION DEADLINES**

COMES NOW the Defendant, Lindsey Aldy Whiteside, by and through her attorneys of record, and files this her Unopposed Motion to Continue the plea deadline, trial date currently set for June 1, 2026 and extend the motions deadlines accordingly. In support thereof, the Defendant would show unto the Court the following, to-wit:

1.

The Defendant, Lindsey Aldy Whiteside, was charged and indicted in the above styled and numbered cause on October 22, 2025. The Defendant appeared before the Honorable Jane M. Virden on October 24, 2025, for her initial appearance wherein the Defendant was also arraigned.

2.

Counsel for the Defendant submits the plea deadline in this cause is currently set for May 11, 2026 with a trial date of June 1, 2026. Counsel for the Defendant requests additional time to confer with the Government and determine the necessity of a trial. In addition to the reasons set forth above, the Defendant has recently been hospitalized while incarcerated with complications from a heart condition that predates her incarceration. As a result of the hospitalization, the Defendant recently underwent a heart ablation to treat her heart rhythm disorders.

3.

Counsel for the Defendant has contacted the Government to notify them of the filing of this motion, and the Government has no objection.

4.

The Defendant would show that neither the Government nor the public would be prejudiced by the granting of this request. Both the Government and the public have an interest in the Defendant being given an adequate opportunity to make an informed decision. Therefore, the Defendant would show that the ends of justice would best be served by granting this motion.

5.

This request is not made for the purposes of delay, but so that the interests of justice may be served.

WHEREFORE, the Defendant respectfully requests this Court grant a continuance of the plea deadline currently set for May 11, 2026 and a continuance of the trial date currently set for June 1, 2026. The Defendant also requests an extension of the motion deadlines currently due: non-dispositive motions due April 27, 2026, dispositive motions due May 4, 2026, and motions in limine due May 11, 2026.

RESPECTFULLY SUBMITTED, this the 22nd day of April, 2026.

s/Joseph W. Cooper
JOSEPH "WHIT" COOPER
MSB #104278
FARESE, FARESE, FARESE P.A.
122 CHURCH AVENUE
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE: (662) 224-6211
wcooper@fareselaw.com

s/ Anthony L. Farese
ANTHONY L. FARESE
MSB# 5133
FARESE, FARESE & FARESE, P.A.
ATTORNEYS AT LAW
P. O. BOX 98
ASHLAND, MISSISSIPPI  38603
TELEPHONE (662) 224-6211
tony@fareselaw.com

ATTORNEYS FOR DEFENDANT
LINDSEY ALDY WHITESIDE

**CERTIFICATE OF SERVICE**

I, Joseph W. Cooper, hereby certify that on April 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s): N/A

s/Joseph W. Cooper