## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                                                                          **NO. 3:25-CR-176**

**LINDSEY ALDY WHITESIDE**

## ORDER

On April 22, 2026, Lindsey Aldy Whiteside moved to continue the June 1 trial date, the plea deadline, and the motions deadlines. Doc. #42. As cause, Whiteside represents that her counsel needs "additional time to confer with the Government and determine the necessity of a trial;" and "[she] has recently been hospitalized while incarcerated with complications from a heart condition that predates her incarceration." *Id*. at PageID 125. Whiteside also represents that the government has no objection to the relief requested. *Id.* at PageID 126.

Because the Court concludes that the ends of justice served by continuing trial—given Whiteside's recent hospitalization and to allow Whiteside and her counsel additional time to determine whether trial will be necessary—outweigh the best interest of the public and Whiteside in a speedy trial, the motion to continue [42] is **GRANTED**.

Trial is continued to **Monday, August 3, 2026**; the plea agreement deadline and the motions-in-limine deadline both are July 13, 2026; the dispositive motions deadline is July 6, 2026; and the non-dispositive motions deadline is June 29, 2026. The delay from this date until the commencement of such trial shall be excluded from all Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 27th day of April, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**