**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**VS.**                                                                    **CAUSE NO. 3:25-cr-176**

**LINDSEY ALDY WHITESIDE,**                                          **DEFENDANT**

**UNOPPOSED MOTION TO CONTINUE PLEA DEADLINE,**
**TRIAL DATE, AND MOTION DEADLINES**

COMES NOW the Defendant, Lindsey Aldy Whiteside, by and through her attorneys of record, and files this her Unopposed Motion to Continue the plea deadline, trial date currently set for August 3, 2026 and extend the motions deadlines accordingly. In support thereof, the Defendant would show unto the Court the following, to-wit:

1.

The Defendant, Lindsey Aldy Whiteside, was charged and indicted in the above styled and numbered cause on October 22, 2025.  The Defendant appeared before the Honorable Jane M. Virden on October 24, 2025, for her initial appearance wherein the Defendant was also arraigned.

2.

Counsel for the Defendant submits the plea deadline in this cause is currently set for July 13, 2026 with a trial date of August 3, 2026. Counsel for the Defendant requests additional time to confer with the Government, determine the necessity of a trial, and try to come to a mutually agreeable resolution. At this time a resolution has not been worked out and Counsel for the Defendant will be out of the Country July 1, 2026 through July 15, 2026 and will not be available to discuss this matter with the prosecution. The Parties have been working diligently to obtain a resolution. The Parties are cognizant of the length of the delay, but the complexity of

this case has deemed these delays necessary. Also, Defendant's health issues have been numerous and have prevented consistent discussions with her Counsel. The culmination of these issues along with the issues resulting from the fallout of the State court proceedings have complicated what would normally be a straightforward decision for the Defendant. However, all Parties remain committed to a speedy resolution.

3.

Counsel for the Defendant has contacted the Government to notify them of the filing of this motion, and the Government has no objection.

4.

The Defendant would show that neither the Government nor the public would be prejudiced by the granting of this request.  Both the Government and the public have an interest in the Defendant being given an adequate opportunity to make an informed decision.  Therefore, the Defendant would show that the ends of justice would best be served by granting this motion.

5.

This request is not made for the purposes of delay, but so that the interests of justice may be served.

WHEREFORE, the Defendant respectfully requests this Court grant a continuance of the plea deadline currently set for July 13, 2026 and a continuance of the trial date currently set for August 3, 2026. The Defendant also requests an extension of the motion deadlines currently due: non-dispositive motions due June 29, 2026, dispositive motions due July 6, 2026, and motions in limine due July 13, 2026.

RESPECTFULLY SUBMITTED, this the 24th day of June, 2026.

s/Joseph W. Cooper
JOSEPH "WHIT" COOPER
MSB #104278
FARESE, FARESE, FARESE P.A.
122 CHURCH AVENUE
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE: (662) 224-6211
wcooper@fareselaw.com

s/ Anthony L. Farese
ANTHONY L. FARESE
MSB# 5133
FARESE, FARESE & FARESE, P.A.
ATTORNEYS AT LAW
P. O. BOX 98
ASHLAND, MISSISSIPPI  38603
TELEPHONE (662) 224-6211
tony@fareselaw.com

ATTORNEYS FOR DEFENDANT
LINDSEY ALDY WHITESIDE

**CERTIFICATE OF SERVICE**

I, Joseph W. Cooper, hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s): N/A

s/Joseph W. Cooper