IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                          NO. 3:25-CR-176

LINDSEY ALDY WHITESIDE

## ORDER

On June 24, 2026, Lindsey Aldy Whiteside moved to continue the August 3 trial date, the plea deadline, and the motions deadlines. Doc. #45. As cause, Whiteside represents that "the plea deadline in this cause is currently set for July 13, 2026;" "[a]t this time a resolution has not been worked out and [her c]ounsel … will be out of the Country July 1, 2026 through July 15, 2026 and will not be available to discuss this matter with the prosecution;" "[her] health issues have been numerous and have prevented consistent discussions with her Counsel;" and "[t]he culmination of these issues along with the issues resulting from the fallout of the State court proceedings have complicated what would normally be a straightforward decision for [her]." *Id.* at PageID 130, 131. Whiteside also represents that the government has no objection to the relief requested. *Id.* at PageID 131.

Because the Court concludes that the ends of justice served by continuing trial—to allow Whiteside additional time to confer with her counsel, and for her and her counsel to confer with the government, to determine whether trial will be necessary—outweigh the best interests of the public and Whiteside in a speedy trial, the motion to continue [45] is **GRANTED**.

Trial is continued to **Tuesday, October 13, 2026**;[1] the plea agreement deadline and the motions-in-limine deadline both are September 14, 2026; the dispositive motions deadline is

---

[1] The Court initially set trial for December 8, 2025. Doc. #15. This is the sixth trial continuance granted at Whiteside's request. Docs. #24, #32, #37, #40, #43.

August 31, 2026; and the non-dispositive motions deadline is August 24, 2026. The delay from this date until the commencement of such trial shall be excluded from all Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

     **SO ORDERED**, this 24th day of June, 2026.

**/s/Debra M. Brown**           
**UNITED STATES DISTRICT JUDGE**
