**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.** **NO. 3:25-CR-176**

**LINDSEY ALDY WHITESIDE**

# NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

---

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**305 Main Street**<br>**Greenville, Mississippi 38701**<br><br>**Courtroom 1 – Third Floor** | **September 23, 2026**<br>**1:00 p.m.** |

---

Type of Proceeding

**CHANGE OF PLEA HEARING ON COUNT ONE OF THE INDICTMENT**
**BEFORE CHIEF UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

**A PRESENTENCE INTERVIEW WILL TAKE PLACE FOLLOWING**
**THE PLEA PROCEEDINGS—COUNSEL FOR DEFENDANT MAY ATTEND**

***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

---

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy

Date: August 21, 2026

Electronic notice only to:
Counsel of Record
U.S. Probation Service
U.S. Marshal Service

Questions should be directed to Judge_Brown@msnd.uscourts.gov